UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RONALD SMITH,

                            Plaintiff,        **AFFIDAVIT OF SERVICE**

   - against -                                  08 Civ. 6110

LMS SHIP MANAGEMENT, INC.,
WATERMAN STEAMSHIP CORP., and
US BANKNATIONAL ASSOCIATION,

                            Defendants.
------------------------------------X

STATE OF NEW YORK   )
                        ) ss:
COUNTY OF NEW YORK )

    STEPHEN B. ROBERTS, being duly sworn, deposes and says that I am not a party to this action, am over the age of 18 years and reside at 29 Broadway, New York, New York.

    That deponent served the Summons and Complaint on defendants, Waterman Steamship Corporation and LMS Ship Management, Inc., on July 16, 2008 at 9:55AM at One Whitehall St., 20th floor, New York, New York, by delivering thereat a true copy of each to ,Constance Moran (female, Caucasian, gray hair, 50-60), personally, who is authorized to accept service. Deponent knows said corporations so served to be the corporations in said Summons and Complaint as said defendants and knew the person served to be their agent.

                                                             _____
                                                               STEPHEN B. ROBERTS

**Sworn to before me this**
**16th day of July, 2008**

_RALPH MELLUSI_
Notary Public, State of New York
No. 03-4510991
Qualified in Bronx County
Certificate filed in New York County
Commission Expires July 31, 2010

1