UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK          Attorney: TABAK, MELLUSI & SHISHA - 289

---

RONALD SMITH

- against -

LMS SHIPMANAGEMENT, INC. ET AL

Plaintiff(s)

Defendant(s)

Index # 08 CV 6110

Date Filed:

Attorney File # S-2339/07

**AFFIDAVIT OF SERVICE**

STATE OF Connecticut : COUNTY OF New Haven ss:

Stephen Tomkowski BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT CT State . ON 8/1/08 AT 3:55 xAM/PM AT 225 Asylum St., 23rd. Floor, Hartford, CT. 06103

DEPONENT SERVED THE WITHIN SUMMONS & COMPLAINT
ON: U.S. BANK NATIONAL ASSOCIATES, THE DEFENDANT/RESPONDENT THEREIN NAMED.

**#1 INDIVIDUAL** — By delivering a true copy of each to said defendant/respondent personally; deponent knew the person so served to be the person described as the defendant/respondent therein.

**#2 CORPORATION** [x] — A _____ corporation, delivering thereat a true copy of each to Michael Hopkins personally, deponent knew said corporation so serviced to be the corporation, described in same as said defendant/respondent and knew said individual to be Vice President thereof.

**#3 SUITABLE AGE PERSON** — By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is the defendant's/respondent's [ ] actual place of business [ ] dwelling house / usual place of abode within the state.

**#4 AFFIXING TO DOOR** — By affixing a true copy of each to the door of said premises, which is the defendant's/respondent's [ ] actual place of business [ ] dwelling house /usual place of abode within the state.

**#5 MAILING COPY** — On _____, deponent completed service under the last two sections by depositing a copy of the SUMMONS & COMPLAINT to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.

Deponent was unable, with due diligence to find the defendant/respondent or a person of suitable age and discretion, having called thereat

on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**#6 NON-SERVICE** — After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the defendant/respondent being served because of the following: [ ] party unknown at address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] No one ever in or available to accept service

**#7 DESCRIPTION** [x] — A description of the defendant/respondent, or other person served, or spoken to on behalf of the defendant/respondent is as follows:

Description is required if #1,#2 or #3 above is Selected

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| Male | White | Brown | 55 | 5'9" | 210 |

Other: Glasses

**#8 WIT. FEES** — $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the witness/recipient.

**#9 MILITARY SERVICE** [x] — Deponent asked person spoken to whether the defendant/respondent was in the military service of the United States Government or on active duty in the military service in the State of CT and was informed the defendant/respondent was not.

---

Sworn to before me on this 6 day of August, 2008

Notary Public  Linda J. Perlmutter
My Commission Expires 12/31/08

Server signature: S. Tomkowski
Docket #: 574809  Stephen Tomkowski